UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
USCA Forwarding - Seabell Express, Inc,

                Plaintiff,

-against-

Independent Ocean Services, Inc., et al

                Defendant.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 18 2009

~~ORDER~~
09CV 4488 (GBD)

GEORGE B. DANIELS, District Judge:

    It is hereby ordered that this case be dismissed for failure to prosecute. Accordingly, the Clerk of the Court is directed to close the above captioned case.

Dated: New York, New York
       November 17, 2009

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge